[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 12, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-10152
Non-Argument Calendar

_____

D. C. Docket No. 04-00156-CV-1

DONNIE LAVAN STREAT, SR.,

Plaintiff-Appellant,

versus

RICHARD S. THOMPSON, in his
Individual Capacity,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(May 12, 2005)

Before BLACK, PRYOR and GODBOLD, Circuit Judges.

PER CURIAM:

After reviewing the district court's complete and detailed order, we find this appeal without merit.

**AFFIRMED.**